IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHNNIE P. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No.  04-2504-KHV/DJW |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,000.00.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees and expenses under the EAJA in the amount of $5,000.00, such amount to be paid to Plaintiff's attorney.

IT IS SO ORDERED.

Dated this 7th day of July, 2005,

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/James H. Green
James H. Green #77806
Location One Building
1734 E. 63d Street, Ste. 602
Kansas City, MO 64110
Tel (816) 361-4400
Fax (816) 361-5911
email: jameshenrygreen@yahoo.com
      Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541
Ks. S.Ct.No. 14225
Email: Chris.Allman@usdoj.gov
      Attorneys for Defendant

ELECTRONICALLY SUBMITTED